UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **RONALD GERALD METCALF, JR.** | **CIVIL ACTION NO. 22-0985** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **R.C. TINDALL, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 20] having been considered, together with the written objection [Doc. No. 21] filed by Plaintiff on July 11, 2022, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Ronald Gerald Metcalf, Jr.'s, false arrest claim against Deputy Terrence Levelle Ervin is **STAYED** under the following conditions:

> a. If Plaintiff intends to proceed with this claim, he must, within thirty (30) days of the date the criminal proceedings against him conclude, file a motion to lift the stay;
>
> b. If the stay is lifted and the Court finds that Plaintiff's claim would impugn the validity of his conviction, the action will be dismissed under *Heck*; if no such finding is made, the action will proceed absent some other bar to suit;
>
> c. Plaintiff should not file any more documents concerning this particular claim in this action until the state court proceedings conclude; and
>
> d. Defendant shall not be required to answer these claims during the stay, and Plaintiff may not seek a default judgment or conduct any discovery during the stay.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's

remaining claims are **DISMISSED** as frivolous, for failing to state claims on which relief may be granted, and for seeking monetary relief against defendants' immune from such relief.

**MONROE, LOUISIANA**, this 12th day of July 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE